In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO. 09-11-00690-CR
_____

**GLENN GERALD JEANE A/K/A GLENN GERALD JEANE II, Appellant**

**V.**

**STATE OF TEXAS, Appellee**

**On Appeal from the 410th District Court**
**Montgomery County, Texas**
**Trial Cause No. 10-04-03377 CR**

### MEMORANDUM OPINION

A jury found Glenn Gerald Jeane guilty of possession with intent to deliver/manufacture a controlled substance and of unlawful possession of a firearm by a felon. Jeane received a life sentence for the drug offense and twenty years for possessing the firearm. Jeane argues that it was fundamental error for the trial court to admit evidence taken in violation of the Fourth Amendment right to be free from unreasonable searches and seizures.

Jeane asserts that his Fourth Amendment rights were violated, because the trial court admitted evidence obtained from a Terry frisk and a vehicle search after a traffic

1

stop. He argues the evidence was the fruit of an illegal search and should have been excluded. Jeane failed to draw the trial court's attention to his constitutional complaints by either filing a motion to suppress or objecting during trial. In order to preserve error, a timely and sufficiently specific request, objection, or motion must be made to the trial court. Tex. R. App. P. 33.1; *Tucker v. State*, 990 S.W.2d 261, 262 (Tex. Crim. App. 1999). Failure to preserve error at trial waives the later assertion of the error on appeal. *See Ibarra v. State*, 11 S.W.3d 189, 197 (Tex. Crim. App. 1999). Generally, even constitutional errors are waived if the appellant fails to object. *See* Tex. R. App. P. 33.1(a); *Aldrich v. State*, 104 S.W.3d 890, 894-95 (Tex. Crim. App. 2003); *Bishop v. State*, 308 S.W.3d 14, 18 (Tex. App.—San Antonio 2009, pet. ref'd). Jeane argues that although he did not object, this Court should extend the "fundamental error" exception to the preservation requirement to those cases where evidence was "procured through a violation of the [c]onstitutional prohibition on unreasonable searches and seizures." He cites no authority for his argument. Issue one is overruled. The trial court's judgment is affirmed.

AFFIRMED.

_____
DAVID GAULTNEY
Justice

Submitted on November 7, 2012
Opinion Delivered November 28, 2012
Do Not Publish

Before Gaultney, Kreger, and Horton, JJ.

2